CONTINENTAL SUPPLY CO., APPELLANT, *v.* ABELL ET AL., RESPONDENTS.

(No. 6,631.)

(Submitted June 10, 1930. Decided June 18, 1930.)

[289 Pac. 579.]

(For syllabus, see *National Supply Company-Midwest* v. *Abell et al.,* ante, p. 555.)

Mr. *Frank England,* of the Bar of Casper, Wyoming, Mr. *Henry McClernan* and Mr. *Louis P. Donovan,* for Appellant, submitted a brief.

Messrs. *Walchli & Korn,* for Respondents, submitted a brief; Mr. *Daniel J. Korn* argued the cause orally.

MR. JUSTICE ANGSTMAN delivered the opinion of the court.

The only difference between this case and the companion case of *National Supply Company-Midwest* v. *Abell et al.,* ante, p. 555, 289 Pac. 577, this day decided, is that the debt of the corporation for which the directors are sought to be held liable had been reduced to judgment against the corpo-

ration on January 2, 1929, in the district court of Toole county in an action commenced in September, 1927.

The county of Flathead is the proper place for the trial of the action. (*National Supply Company-Midwest* v. *Abell et al.,* supra.)

The order of the district court transferring the place of trial from Toole county to Flathead county is affirmed.

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES MATTHEWS, GALEN and FORD concur.